IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TALIAH JENEANE RAMIREZ,<br><br>Defendant. | CR 22-40-BLG-SPW-TJC-2<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to Counts I-III of the Superseding Information, which charges the crimes of robbery affecting commerce, in violation of 18 U.S.C. § 1951(a); possession of a firearm in furtherance of a crime of violence (brandishing) in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and possession of a firearm in a school zone in violation of 18 U.S.C. § 922(q).

After examining the Defendant under oath, the Court determined:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against her;

2. That the Defendant is aware of the nature of the charges against her and the consequences of pleading guilty to the charges;

1

3.  That the Defendant fully understands her pertinent constitutional rights and the extent to which she is waiving those rights by pleading guilty to the criminal offenses charged against her; and

4.  That her plea of guilty to the criminal offenses charged against her is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that Defendant fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.

Therefore, I recommend that the Defendant be adjudged guilty of the charges in Counts I-III of the Superseding Information and that sentence be imposed.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 2nd day of August, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge